IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                4:93cr4028-WS

EZELL COLLINS,

       Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 878) docketed September 5, 2006.  The magistrate judge recommends that the defendant's motion for sentence credit be summarily dismissed.  The defendant has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 878) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion for sentence credit (doc. 877) is hereby summarily DISMISSED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   24th   day of   October  , 2006.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE